

FILED
NOV 20 2025
At
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 2:25cr140 |
| v. | ) |
| | ) 18 U.S.C. § 111(a)(1) & (b) |
| ROSARIO CARRILLO LOPEZ | ) 18 U.S.C. § 1361 |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
(Assaulting, Resisting, or Impeding a Federal Officer or Employee)

On or about October 13, 2025, in the Northern District of Indiana, the defendant

## ROSARIO CARRILLO LOPEZ

forcibly assaulted, resisted, opposed, impeded, and interfered with a person designated in 18 U.S.C. § 1114, namely an officer and employee of the United States, while engaged in and on account of the performance of official duties, and in the commission of such acts used a deadly and dangerous weapon.

All in violation of Title 18, United States Code, Section 111(a)(1) & (b).

1

<u>**Count 2**</u>
(Assaulting, Resisting, or Impeding a Federal Officer or Employee)

On or about October 13, 2025, in the Northern District of Indiana, the defendant

ROSARIO CARRILLO LOPEZ

forcibly assaulted, resisted, opposed, impeded, and interfered with a person designated in 18 U.S.C. § 1114, namely an officer and employee of the United States, while engaged in and on account of the performance of official duties, and such acts involved physical contact with the victim.

All in violation of Title 18, United States Code, Section 111(a)(1).

## Count 3
(Injury or Depredation to Government Property)

On or about October 13, 2025, in the Northern District of Indiana, the defendant

ROSARIO CARRILLO LOPEZ

willfully injured and committed a depredation against property of the United States, and of any department and agency thereof, being a 2023 Nissan Titan bearing Indiana registration number TK548OPS, and the resulting damage exceeded the sum of $1,000.

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL:

*/s/ Foreperson*
FOREPERSON

M. SCOTT PROCTOR
ACTING UNITED STATES ATTORNEY

By:   */s/ Steven J. Lupa*
STEVEN J. LUPA
Assistant United States Attorney
Northern District of Indiana

3