AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

United States of America
v.

ROSARIO CARRILLO-LOPEZ

)
)
)
)
)
)
)

Case No. 2:25cr140

**RECEIVED**
**By USMS at 1:28 pm, Nov 21, 2025**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ROSARIO CARRILLO-LOPEZ                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
  18:111(a)(1) & (b) ASSAULTING, RESISTING, or IMPEDING A FEDERAL OFFICER OR EMPLOYEE

  18:111(a)(1) ASSAULTING, RESISTING, or IMPEDING A FEDERAL OFFICER OR EMPLOYEE

  18:1361 INJURY OR DEPREDATION OF GOVERNMENT PROPERTY

Date:      11/21/2025

City and state:     HAMMOND, INDIANA

Chanda J. Berta (rmf)
*Issuing officer's signature*

CHANDA J. BERTA, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11-21-25 , and the person was arrested on *(date)* 11-21-25 at *(city and state)* IN Custody already |

Date:     11-21-25

*Arresting officer's signature*

Brian Berke DUSM
*Printed name and title*